FAULKNER ET AL. *v.* DUNN.

From the Clay Circuit Court.

*A. T. Rose, J. J. Stevenson,* and *J. C. Denny,* for appellants. *J. E. McDonald* and *J. M. Butler,* for appellee.

DOWNEY, J.—The appeal in this case is taken, and the errors assigned, by three of the six defendants in the judgment below, without a compliance with section 551, 2 G. & H. 270, and for this reason the appeal cannot be sustained.

The appeal is dismissed, at the costs of the appellants.